## JEFFREY PERRY *v.* COMMISSIONER OF CORRECTION

The petitioner Jeffrey Perry's petition for certification for appeal from the Appellate Court, 62 Conn. App. 906 (AC 19729), is denied.

*Raymond J. Rigat,* special public defender, in support of the petition.

*Lisa A. Riggione,* senior assistant state's attorney, in opposition.

Decided May 9, 2001

## 37 HUNTINGTON STREET, H, LLC *v.* CITY OF HARTFORD

The plaintiff's petition for certification for appeal from the Appellate Court, 62 Conn. App. 586 (AC 20522), is denied.

SULLIVAN, C. J., and ZARELLA, J., did not participate in the consideration or decision of this petition.

*Kerry M. Wisser* and *Nathan A. Schatz,* in support of the petition.

*Denise E. Aguilera,* assistant corporation counsel, in opposition.

Decided May 9, 2001